IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER ADORNO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-2339 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| Commissioner of Social Security | : | |

**ORDER**

AND NOW, this 19th day of August, 2011, upon consideration of Plaintiff Alexander Adorno's Motion in Support of Request for Review, Defendant's response thereto, and Adorno's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Adorno's Motion is GRANTED insofar as he requests a remand;

3. This matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation; and

4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on July 29, 2011. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.